NELSON, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27,

1899.) Action by Nellie Yale Nelson against the Nassau Electric Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $4,000, and extra allowance proportionately. In case of such stipulation being made, the judgment, as reduced, is unanimously affirmed, without costs of this appeal to either party.